# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| BP GROUP, INC., | Civil No. 09-2040 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| DAVID N. KLOEBER, JR., GERALD L. TROOIEN, AND CAPITAL WINGS AIRLINES, INC., | |
| Defendants. | |

_____

Based upon the Stipulation of the parties filed on January 19, 2010, [Docket No. 20],

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Defendant Gerald L. Trooien is hereby **DISMISSED WITHOUT PREJUDICE**. As to all claims hereby dismissed, all parties shall bear their own costs and disbursements in this action.

LET JUDGMENT BE ENTERED ACCORDINGLY

DATED: January 20, 2010
at Minneapolis, Minnesota.

                                                               s/ John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                                 United States District Judge