# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

BP GROUP, INC.,                                      Civil No. 09-2040 (JRT/JSM)

                 Plaintiff,

v.

CAPITAL WINGS AIRLINES, INC., and
DAVID N. KLOEBER, JR.,

                                      **ORDER CORRECTING**
               Defendants.                 **CLERICAL ERROR**

and

DAVID N. KLOEBER, JR.,

               Cross-Claimant,

v.

GERALD L. TROOIEN,

               Cross-Defendant.

---

      Aaron Mills Scott and Gary M. Hansen, **OPPENHEIMER WOLFF & DONNELLY LLP**, 45 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for plaintiff.

      Michael H. Streater and Christianne A. R. Whiting, **BRIGGS & MORGAN, PA**, 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendant/cross-claimant David N. Kloeber, Jr.

      George G. Eck, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for cross-defendant Gerald L. Trooien.

- 2 -

Pursuant to Fed. R. Civ. P. 60(a), the Court amends its Memorandum Opinion and Order, dated September 21, 2011 [Docket No. 111], correcting a mathematical error on pages 10 and 13, by changing $25,124.41 to $20,226.97 for the amount of reasonable fees awarded. Please replace the Order with the attached corrected Memorandum Opinion and Order.

The sentences on page 10 shall read: "The Court therefore concludes that $20,226.97 is an appropriate award for reasonable fees incurred as a result of this dispute."

The sentence on page page 13 shall read: "BP Group is awarded attorney fees in the amount of $200,692.65 and costs in the amount of $20,226.97."

DATED: September 22, 2011
at Minneapolis, Minnesota.

_____s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge